## BARRIER v. ROSPATCH LABELS/PAXAR CORP.

No. 474P97

Case below: 127 N.C.App. 395

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

## BIGGERS v. JOHN HANCOCK MUT. LIFE INS. CO.

No. 459P97

Case below: 127 N.C.App. 199

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

## BRADLEY v. BEST SIGNS & SERVICES

No. 477P97

Case below: 127 N.C.App. 395

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

## BRILEY v. FARABOW

No. 473PA97

Case below: 127 N.C.App. 281

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1997.

## BROWN v. DON PLOTKINS HOME CENTER

No. 506P97

Case below: 127 N.C.App. 555

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 December 1997.